FILED

JUL 2 7 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>SKY JUSTIN GORNIK<br><br>              Defendant. | Case No.:    **17MJ2576**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C. Sections 841(a)(1) and 846 (Conspiracy to Distribute); Title 21, U.S.C. Section 841(a)(1)(Possession with intent to distribute) |

The undersigned complaint being duly sworn states:

## COUNT I

## (CONSPIRACY TO DISTRIBUTE FENTANYL)

Beginning at a date unknown and continue to June 9, 2017,  within the Southern District of California, and elsewhere defendant SKY JUSTIN GORNIK knowingly and intentionally conspired and agreed with others, including S.G., to distribute fentanyl, a Scheduled II Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

## COUNT 2

## (POSSESSION WITH INTENT TO DISTRIBUTE CARFENTANIL)

On or about June 9, 2017, within the Southern District of California, defendant SKY JUSTIN GORNIK did knowingly and intentionally possess with intent to distribute carfentanil, a Scheduled II Controlled Substance; in violation of Title 21, United States Code, Section 841 (a)(1).

1

## COUNT 3

2

### (POSSESSION WITH INTENT TO DISTRIBUTE KETAMINE)

3    On or about  June 9, 2017, within the Southern District of California, defendant

4  SKY JUSTIN GORNIK did knowingly and intentionally possess with intent distribute

5  ketamine, a Scheduled III Controlled Substance; in violation of Title 21, United States

6  Code, Section 841 (a)(1).

7

8  And the complainant states that this complaint is based on the attached statement of facts,

9  which is incorporated herein by reference.

10

11

12

David Jones
POSTAL INSPECTOR

13

14    SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENSE, THIS 27th
DAY OF JULY 2017.

15

16

17

Honorable Jan M. Adler
United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

2

## PROBABLE CAUSE STATEMENT

I, Postal Inspector David Jones, declare under penalty of perjury that the following is true and correct:

**Postal Seizures in 2015 and 2016**.  On October 16, 2015, U.S. Customs seized a parcel from the Netherlands, which was addressed to "Sky Gornik 3067 B St San Diego, CA 92102".  The parcel contained Ecstasy.  On January 1, 2016, U.S. Customs seized a parcel from the Netherlands, which was addressed to "Sky Gornik 3067 B St San Diego, CA 92102" with a return address of "HEIDELBERGLAAN 100 UTRECHT".  The parcel contained 1.16 ounces of Ecstasy.  On January 21, 2016, U.S. Customs seized a parcel from the Netherlands which was addressed to "Sky Gornik 3067 B St San Diego, CA 92102" with a return address of "HEIDELBERGLAAN 100 UTRECHT".  The parcel contained .42 ounces of Ecstasy. Based on the investigation, I know that this was Sky Gornik's prior address during 2015 and 2016.

**Oklahoma Seizure Leads to Sky Gornik**.  On April 17, 2017, the following Priority Mail Express Parcel #EK609555940US was mailed from the Lexington Post Office in Oklahoma.  The parcel was addressed to "Sky Gornik 4225 Mount Voss Dr. San Diego, CA 92117" with a return address of "CM Jones 9151 Bryant Rd Lexington, OK 73051." Based on my investigation, I know that this is Gornik's current residence. Postal Inspector B. Hess detained the parcel in Oklahoma (with several others parcels destined for different locations). On April 19, 2017, the Honorable Charles B. Goodwin, U.S. Magistrate Judge of the Western District of Oklahoma issued federal search warrant No. M-17-180-CBG authorizing entry into Priority Mail Express Parcel #EK609555940US.  Inspector B. Hess found approximately 95 grams of suspected Fentanyl in a gel tablet form from inside the parcel, which was seized as evidence and submitted for forensic examination.  Results of the forensic examination confirmed the presence of Fentanyl.  I also learned from Postal Inspectors in Oklahoma that S.G., the mailer of these parcels, was arrested and is currently being prosecuted federally in Oklahoma for selling different drugs and that S.G. sold drugs through the Darknet. Inside S.G.'s Oklahoma residence, officers found a notebook stating: "Lucky Good – Black Mean/Greens - Sky Gornik  3067 B. Street San Diego, CA. 92102-2316 --- 4225 Mount Voss Dr. San Diego, CA. 92117-4753."  Based on my investigation, S.G. had Gornik's old and current address (4225 Mount Voss Drive).  S.G. used gelatin mixed with fentanyl to create sheets of ~~tablets~~. DJ ⁷/²¹/²⁰¹⁷ tablets ⁷/²¹/²⁰¹⁷

Based on this Oklahoma parcel seizure, I found additional six prior parcels from January 31, 2017 to April 3, 2017) that were successful delivered to Gornik's address from S.G. (based on the same return address in Oklahoma). In addition, the parcel profile from the six prior parcels were similar to the seized parcel in Oklahoma in that they were similar in weight, express mailing, same return address, and same delivery address (Gornik's current address).

**Probation Search of Gornik's Residence.** On June 9, 2017, there was a probation search of Gornik's residence at 4225 Mount Voss Drive, San Diego. Gornik, who was leaving the residence, initially said that he did not reside there but officers confronted Gornik with their physical surveillance, multiple package and mail deliveries, vehicle registration showing Gornik listed his address for his own vehicle (which he was driving and observed on multiple occasions during physical surveillance). When the officers approached the residence, Gornik's girlfriend told the officer that Gornik lived at that residence.

During the search, officers found over 300 vials of ketamine in a box in the closet and an addition 31 vials on the floor of the closet. In the kitchen and dining room area, there was a journal with multiple USPS tracking numbers and pay/owe sheets. Inside the freezer, officers found 3 glass vials of an unidentified substance.

Inside the bathroom, officers found a small baggie with a white powder substance (confirmed by the DEA Lab to be carfentanil). Carfentanil is a synthetic opioid approximately 10,000 more potent than morphine and 100 times more potent than fentanyl and experts agree that 1.722 grams of carfentanil seized in Gornik's bathroom could equate to over 86,000 fatal dosage units.

Officers also seized multiple sheets/tablets and colors of gel tablets containing fentanyl and methamphetamine – the fentanyl gel tablets were similar to the gel tablets seized in the Priority Mail Express Parcel #EK609555940US previously described herein) in Oklahoma. Agents also seized six unmarked pill bottles containing numerous unknown and different pills, a small plastic baggie with an unknown white powder substance,a glass jar with a white powdery residue, three heat-sealed bags containing a brown powder substance, a bag of mushrooms weighing 51.7 grams, 38 suboxone strips, three tabs of an unknown substance,and numerous small baggies, rolls of labels for printing.

Officers also seized a journal with numerous USPS tracking numbers and pay/owe notes (the notes showed significant business activity of tracking shipments), small foil baggies, unused USPS tracking labels,  used USPS tracking label receipts.

**12 Parcels Mailed by Gornik Intercepted.**  On June 5, 2017, I encountered 12 USPS Priority Mail parcels. The parcels were all packaged in the same small flat rate Priority Mail boxes with the same return address of "Nolan Spencer Meta Data Supply 2070 Broadway Ste. #1B San Diego, CA 92101".  The parcels all contained identical postage in the form of stamps and similar USPS tracking number labels. The size, shape, and appearance of the parcels were consistent with parcels previously identified in other investigations that contained narcotics or drug proceeds.  Based upon my training and experience, I know that the volume of identical parcels in a flat rate Priority Mail box containing similar stamps and being mailed together at the same time is indicative of online Darknet mailers that use the US Postal Service to mail illegal substances.  The container the parcels were sitting in showed they originated from the Downtown San Diego Post Office.  I reviewed the video of this transaction and identified Sky Gornik as the mailer. Inspectors received consent to search from the intended addressee regarding some of the parcels – the parcels contained vials of ketamine which were labeled and in boxes with markings similar to the vials recovered from Gornik's residence on June 9, 2017. Federal search warrants were issued for the remaining parcels and the contents were similar – vials containing ketamine.