FILED

Sep 14 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/trishl  DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>SKY JUSTIN GORNIK,<br><br>          Defendant. | Case No.: '17 CR2796 AJB<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C. Sections 841(a)(1) and 846 (Conspiracy to Distribute); Title 21, U.S.C. Section 841(a)(1)(Possession with intent to distribute; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The United States Attorney charges:

**COUNT ONE**

**(CONSPIRACY TO DISTRIBUTE FENTANYL)**

Beginning at a date unknown and continue to June 9, 2017, within the Southern District of California, and elsewhere defendant SKY JUSTIN GORNIK knowingly and intentionally conspired and agreed with others, including S.G., to distribute fentanyl, a Scheduled II Controlled

//

1  Substance; in violation of Title 21, United States Code, Sections 846
2  and 841(a)(1).

### COUNT TWO

### (POSSESSION WITH INTENT TO DISTRIBUTE CARFENTANIL)

On or about June 9, 2017, within the Southern District of California, defendant SKY JUSTIN GORNIK did knowingly and intentionally possess with intent to distribute carfentanil, a Scheduled II Controlled Substance; in violation of Title 21, United States Code, Section 841 (a)(1).

### COUNT THREE

### (POSSESSION WITH INTENT TO DISTRIBUTE KETAMINE)

On or about June 9, 2017, within the Southern District of California, defendant SKY JUSTIN GORNIK did knowingly and intentionally possess with intent distribute ketamine, a Scheduled III Controlled Substance; in violation of Title 21, United States Code, Section 841 (a)(1).

### CRIMINAL FORFEITURE

1. The allegations contained in Counts 1 through 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offenses alleged in this Information, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code,

Sections 853(a)(1) and 853(a)(2), defendant SKY JUSTIN GORNIK, shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this information, including by not limited to the following:

  (1) millions of dollars in digital currency, including by not limited to: 68 Bitcoins, 100,046 Stratis, 624 Ethereum, and 2350 Monero;

  (2) $3,305 in cash.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants –

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third party;

  (c) has been placed beyond the jurisdiction of the Court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property

of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: September 14, 2017.

ALANA W. ROBINSON
Acting United States Attorney

SHERRI WALKER HOBSON
Assistant U.S. Attorney

4